No. 84–1987.  MOORE *v.* BONNER, SUPERINTENDENT OF SCHOOLS FOR BERKELEY COUNTY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–1988.  SCHUBERT *v.* RICHARDSON SECURITIES OF CANADA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–1989.  SHORTER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHORTER *v.* DRURY ET UX.  Sup. Ct. Wash.  Certiorari denied.

No. 84–1991.  FOLAK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–1993.  HYDE *v.* VAN WORMER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–1994.  LONDON *v.* MANHATTAN LIFE CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–1995.  SMITH INTERNATIONAL, INC. *v.* HUGHES TOOL CO.  C. A. Fed. Cir.  Certiorari denied.

No. 84–1997.  BOBIS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 84–1998.  NEW YORK STATE NURSES ASSN. *v.* ST. JOSEPH'S HOSPITAL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–2000.  NOKES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 84–2001.  COLLARD ET AL. *v.* INCORPORATED VILLAGE OF FLOWER HILL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–2002.  BRUNER *v.* PARKER.  Sup. Ct. Mo.  Certiorari denied.